UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CELESTER RAYMOND DEGROAT,<br><br>Defendant. | CASE NO. CR23-0076JLR<br><br>ORDER |

Before the court is *pro se* Defendant Celester Raymond Degroat's motion for early termination of supervised release. (Mot. (Dkt. # 4).) Plaintiff the United States of America (the "Government") does not oppose the motion. (Resp. (Dkt. # 6).) The court has considered the parties' submissions, the relevant portions of the record, and the governing law. Being fully advised, the court GRANTS Mr. Degroat's motion.

After considering the factors set forth in 18 U.S.C. § 3553(a), a court may "terminate a term of supervision . . . at any time after the expiration of one year of

ORDER - 1

supervised release" if such action is warranted by the defendant's conduct and in the interests of justice. *See* 18 U.S.C. § 3583(e)(1). Mr. Degroat is approximately three years into his five-year term of supervision. (*See generally* Mot. at 6; Resp.; Order Transferring Prob. (Dkt. # 1).) During this time, Mr. Degroat appears to have maintained employment and a strong record of compliance with supervision. (*See* Resp. at 1-2 (stating that the Government understands that Mr. Degroat has had no supervised release violations); Mot. at 6-7.) On balance, the court finds that Mr. Degroat's conduct, the interests of justice, and the factors laid out in 18 U.S.C. § 3553(a) support early termination. Accordingly, the court GRANTS Mr. Degroat's motion for early termination of supervised release (Dkt. # 4). Mr. Degroat's term of supervised release is terminated, effective immediately. The Clerk is DIRECTED to send copies of this order to all counsel of record and to the United States Probation Office.

Dated this 2nd day of August, 2023.

JAMES L. ROBART
United States District Judge